Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
P.O. Box 1989 # 305  Big Bear Lake,
Los Angeles, CA  90036

Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
Bryan Williams

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Williams,<br><br>         Plaintiff,<br><br>      v.<br><br>Cynthia Ocampo, et al.<br><br>         Defendants. | Case No.:<br>2:22-cv-01330 ODW(PVCx)<br><br>**NOTICE OF SETTLEMENT** |

1
2    **TO THE HONORABLE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT:**

3
4    In accordance with Local Rule 16-15.7, Plaintiff hereby submits this
5    Notice of Settlement to notify the Court that the lawsuit has been settled in
6    its entirety as to all parties and all causes of action.
7
8    Respectfully submitted,
9    Dated: May 04, 2022   LAW OFFICES OF ROSS CORNELL, APC
10
11                             By: /s/ *Ross Cornell*
12                                 Ross Cornell, Esq.,
                                   Attorneys for Plaintiff,
13                                 Bryan Williams
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
**NOTICE OF SETTLEMENT**